IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| **LESZEK POWELKOWSKI, #Y31510,** | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) |
| vs. | )   Case No. 3:21-cv-00882-SMY |
| | ) |
| **VICKY WALKER, et al.,** | ) |
| | ) |
| **Defendants.** | ) |

## NOTICE OF IMPENDING DISMISSAL

**YANDLE, District Judge:**

This case was opened on August 3, 2021 with an unsigned Complaint. (Doc. 1). As a result, Plaintiff was ordered to submit a properly signed Complaint by August 18, 2021 and was warned that failure to comply with the order would result in the dismissal of this lawsuit. (Doc. 7). Plaintiff has since filed other documents in this case but did not file a signed Complaint by the deadline.

Plaintiff will be given one last opportunity to pursue this case. Accordingly, Plaintiff is **ORDERED** to file a signed Complaint in accordance with Federal Rule of Civil Procedure 11(a) within **fourteen (14) days** of the date of this Order. **Plaintiff's failure to comply with this Order will result in dismissal of this action,** *without further notice*, **for failure to comply with a court order under Federal Rule of Civil Procedure 41(b).**

IT IS SO ORDERED.

DATED:  August 30, 2021

*s/ Staci M. Yandle*
**STACI M. YANDLE
United States District Judge**