# UNITED STATES DISTRICT COURT

### for the
### Southern District of Illinois

| | |
|---|---|
| Leszek Pawelkowski _____ ) | Case Number: 3:21-CV-00882-SMY |
| _____ ) | *(Clerk's Office will provide)* |
| _____ ) | Amended Judge Staci M. Yandle |
| _____ ) | |
| *Plaintiff(s)/Petitioner(s)* ) | ☒ CIVIL RIGHTS COMPLAINT |
| v. ) | pursuant to 42 U.S.C. §1983 (State Prisoner) |
| _____ ) | ☐ CIVIL RIGHTS COMPLAINT |
| Wexford Health care, inC ) | pursuant to 28 U.S.C. §1331 (Federal Prisoner) |
| Lori Cunningham ) | ☐ CIVIL COMPLAINT |
| Day Lynn Pittman ) | pursuant to the Federal Tort Claims Act, 28 U.S.C. |
| Dr. Williams ) | §§1346, 2671-2680, or other law |
| *Defendant(s)/Respondent(s)* ) | |

## I.   JURISDICTION

**Plaintiff:**

A.   Plaintiff's mailing address, register number, and present place of confinement.




**Defendant #1:**

B.   Defendant _Lori Cunningham_ is employed as
     (a)      (Name of First Defendant)

     _Healthcare Director_
     (b)              (Position/Title)

     with _Illinois Department of Correction_
          (c)        (Employer's Name and Address)

     _Lawrence Corr Center 10880 Lawrence rd, Sumner IL 62466_

At the time the claim(s) alleged this complaint arose, was Defendant #1
employed by the state, local, or federal government?   ☒ Yes   ☐ No

If your answer is YES, briefly explain: _Illinois Department of Corrections_

Rev. 10/3/19

**Defendant #2:**

C.     Defendant <u>Wexford Healthcare Sources</u> is employed as

(Name of Second Defendant)

<u>Medical Provider</u>

(Position/Title)

with <u>Lawrence Correctional center</u>

(Employer's Name and Address)

<u>10930 Lawrence rd, sumner IL 62466</u>

At the time the claim(s) alleged in this complaint arose, was Defendant #2
employed by the state, local, or federal government?      ☒ Yes      ☐ No

If you answer is YES, briefly explain: 3rd party contracter
for I-DOC

**Additional Defendant(s) (if any):**

D.     Using the outline set forth above, identify any additional Defendant(s).

See Attched Pages

Defendant 4# Defendant Vicki Walker

Dietary supporvicer

Lawrence Correctional Center
10930 Lawrence rd
Sumner, IL 62466

At the time the claim(s) alleged this
complaint Arose, Defendant Vicki walker
was employed by the state of ILLinois,
Department of corrections.

Defendand 5#    Dr. Pittman is/(was) employed
by Wexford Health care, and working for the
ILLinois Department of corrections. She has
Quit working at lawrence. Job Title: Doctor
  Last address   Lawrence Correctional Center
                 10930 Lawrence rd
                 Sumner, IL 62466
At the time claim(s) alleged this complaint
Arose, Defendant was employed by wexford,
at Lawrence correctional center, and contracted
with the ILLinois Department of corrections.

Defendant 6.        Dr Williams is (WAS) employed by wexford at the time this claim Arose. She is no long working at Lawrence

Job title: Doctor, with Wexford health care employed at Lawrence correctional center 10930 Lawrence rd, Sumner IL 62466.

At the time the claim(s) alleged this complaint Arose, Dr williams, Defendant 6#, was employed by wexford and worked at Lawrence correctional center as a Doctor for the state of Illinois.

Defendant 7.        Nurse Luking is employed as a Nurse. (Her first name unnone.) with wexford Health Care at Lawrence correctional center 10930 Lawrence rd Sumner, Illinois 62466.

At the time claim(s) alleged this complaint Arose, Defendant Luking was Employed by the state of Illinois as a Nurse, through Wexford health care.

## II.     PREVIOUS LAWSUITS

A.     Have you begun any other lawsuits in state or federal court while you were in prison or jail (during either your current or a previous time in prison or jail), e.g., civil actions brought under 42 U.S.C. § 1983 (state prisoner), 28 U.S.C. § 1331 (federal prisoner), 28 U.S.C. §§ 1346, 2671-2680, or other law?   ☐Yes ☐No

B.     If your answer to "A" is YES, describe each lawsuit in the space below.  If there is more than one lawsuit, you must describe the additional lawsuits on another sheet of paper using the same outline.  **List ALL lawsuits in any jurisdiction and indicate the court where they were filed to the best of your ability**, including those that resulted in the assessment of a "strike" under 28 U.S.C. § 1915(g) and/or those that were dismissed for being frivolous, malicious, or for failure to state a claim (see 28 U.S.C. § 1915A; 28 U.S.C. § 1915(e)(2); Federal Rule of Civil Procedure 12(b)(6)).  FAILURE TO FULLY DISCLOSE YOUR LITIGATION HISTORY, INCLUDING "STRIKES," MAY RESULT IN SANCTIONS THAT INCLUDE DISMISSAL OF THIS ACTION.

1.     Parties to previous lawsuits:   *All ready passed merit*
Plaintiff(s):                         *review*

Defendant(s):

2.     Court (if federal court, name of the district; if state court, name of the county):

3.     Docket number:

4.     Name of Judge to whom case was assigned:

5.     Type of case (for example: Was it a habeas corpus or civil rights action?):

6.     Disposition of case (for example: Was the case dismissed?  Was it appealed?  Is it still pending?):

7.      Approximate date of filing lawsuit:

8.      Approximate date of disposition:

9.      Was the case dismissed as being frivolous, malicious, or for failure to
        state a claim upon which relief may be granted and/or did the court
        tell you that you received a "strike?"

III.    **GRIEVANCE PROCEDURE** All ready passed merit review

A.      Is there a prisoner grievance procedure in the institution? ☒ Yes    ☐ No

B.      Did you present the facts relating to your complaint in the prisoner
        grievance procedure?                                    ☒ Yes    ☐ No

C.      If your answer is YES,
        1.      What steps did you take?

        Went to All 3 stages for grievance

        2.      What was the result?

        Deemed Moot

D.      If your answer is NO, explain why not.

E.      If there is no prisoner grievance procedure in the institution, did you
        complain to prison authorities?                         ☐ Yes    ☐ No

F.      If your answer is YES,
        1.      What steps did you take?

Rev. 10/3/19

2.     What was the result?


G.     If your answer is NO, explain why not.


H.     Attach copies of your request for an administrative remedy and any
       response you received.  If you cannot do so, explain why not:

IV.    **STATEMENT OF CLAIM**

A.    State here, as briefly as possible, when, where, how, and by whom you feel
your constitutional rights were violated.  Do not include legal arguments
or citations.  If you wish to present legal arguments or citations, file a
separate memorandum of law.   If you intend to allege a number of
related claims, number and set forth each claim in a separate paragraph.
If your claims relate to prison disciplinary proceedings, attach copies of
the  disciplinary  charges  and  any  disciplinary  hearing  summary  as
exhibits. You should also attach any relevant, supporting documentation.

See Attached pages( Line paper used. All Lines
Should be view as Amended under Rule 15.
If Done in error please instruct on how to reply.

Rev. 10/3/19

## V.    REQUEST FOR RELIEF

State exactly what you want this court to do for you.  If you are a state or federal prisoner and seek relief which affects the fact or duration of your imprisonment (for example: illegal detention, restoration of good time, expungement of records, or parole), you must file your claim on a habeas corpus form, pursuant to 28 U.S.C. §§ 2241, 2254, or 2255.  Copies of these forms are available from the clerk's office.

See Attached pages

## VI.    JURY DEMAND (*check one box below*)

The plaintiff ☒ does   ☐ does not request a trial by jury.

## DECLARATION UNDER FEDERAL RULE OF CIVIL PROCEDURE 11

I certify to the best of my knowledge, information, and belief, that this complaint is in full compliance with Rule 11(a) and 11(b) of the Federal Rules of Civil Procedure. The undersigned also recognizes that failure to comply with Rule 11 may result in sanctions.

Signed
on:          12-09-2021                      *Leszek Pawelkowski*
            (date)                           **Signature of Plaintiff**

10930 Lawrence Road                         Leszek Pawelkowski
        **Street Address**                        **Printed Name**

Sumner Illinois 62466                       Y31510
        **City, State, Zip**                     **Prisoner Register Number**

_____
        **Signature of Attorney (if any)**

Rev. 10/3/19

Southern District of Illinois

Leszek Pawelkowski

V.          Plaintiff                    ) Case No. 3:21-cv-00882-SMY
                                         )
Wexford Health Sources Inc,              ) Amended
Lori Cunningham                          ) Civil Rights Complaint
Dr. Lynn Pittman                         ) Judge Staci M. Yandle
Dr. Williams                             )
P.A. Luking                              )
Vicki Walker                             )

Motion For Leave To file An
Amended Complaint.
        Nature of Complaint
Now comes plaintiff Leszek Powelkowski
pro'se through the aide of inmate
Patrick Bakaturski due to Leszek's
lack of English understanding. Leszek
is in I.D.O.C custody and is being
housed at Lawrence Correctional Center
(Here and After Lawrence) Filing this
1983, Civil complaint under the civil rights
act title 42, Section 1983. Leszek was
diagnosed with Severe bone joint Arthritis
Leszek to begin having pains in his
left arm, hard, and fingers. This pain
caused to Not be able to proform

①

Certain task at his assignment. Leszek
was Seen by the Medical Staff at Lawrence
which is Headed by Lori Cunningham. Due to
the deliberate indifference to Leszek
Serious Medical Needs. Lori Cunningham nor
anyone of her staff submitted Leszek
for any addietional testing. Which violates
Leszeks' rights under the Eighth Amendment
of the Constitution against Cruel and
unusual punishment. While at Lawrence
Laszek has a right to receive adqueate
medical treatment. It is a known belief
that Wexford Health Sources Inc (Here
and After Wexford) has a common practice
of not allowing inmates to receive special
testing from Outside hospital. Which is
also an Eighth (8) Amendment.

    Leszek Powelkowski (Here and After
Leszek) files this Complaint under the
Civil Rights act title 42, Section 1983
against; Wexford, Lori Cunningham
(Here and After Cunningham, Dr. Lynn
Pittman, Dr. Williams, P.A. Luking and
Vicki Walker. This is a civil action seeking
injunctive relief and monetaru Monetary

damages against these defendants for
committing acts contrary to the law with
deliberate indifference depriving Leszek
of his rights guaranteed by the Constitution
and civil rights act 42 U.S.C 1983.

Parties Involved

1) Leszek Powelkowski plaintiff a citizen of
the United States, currently assigned at Lawrence
10930 Lawrence Road, Sumner IL. 62466.

2) Wexford Health Sources Inc, defendant is
a contracted Health provider, and is contracted
by the State of Illinois.

3) Defendant Lori Cunningham, is employeed
by wexford and assigned to Lawrence.

4) Defendant Vicki Walker, is employeed by the
State of Illinois and assigned to Lawrence

5) Defendant, Dr. Pittman is/was employeed by
Wexford and was assigned to Lawrence.

6) Defendant, Dr. Williams is/was employeed by
Wexford and was assigned to Lawrence

7) Defendant Luking - is employeed by Wexford
and was assigned to Lawerence during this
action.

Statement of Facts

8) On or around Aug. 23, 2020 Leszek

③

begin experiencing pain is his left arm, hand.
This pain caused Leszek hands to twist painfully. IT
was difficult for Leszek to straighten
out his fingers without add pain.

9) Upon information and belief Leszek
while at his assignment in dietary,
alerted Supervisior Vicky Walker (Here
and After Walker) and made her aware
of the pain in his arm, hand and fingers.

10) Upon information and belief Walker
acting to a serious medical need/issue
refused to have Laszek taken to health
care which she has the authority to do.

11) Upon information and belief acting
with delibrate indifference to a serious
medical need sent Leszek to work and
assigned him to the dish room.

12) Leszek was unable to proform the
task assigned to him.

13) Upon information and belief Walker
fired Leszek and with the abuse of
authority perjured a ticket on Leszek.

14) Further More Leszek was seen by
Dr. Pittman to whom he complained to
about the pain he felt in his left arm,
hands and fingers. Acting with deliberate
indifference Dr. Pittman only gave

(9)

Leszek a prescription for pain killers.

15) Upon information and belief Dr. Pittman did not in a request to have added test ran on Leszek.

16) Upon information and belief Leszek was diagnosed with Severe Bone Joint Arthritis.

17) On or around May of 2021 Leszek was seen by P.A Luking.

18) Upon information and belief P.A Luking informed Leszek that she would put in the nessecary paper work for a M.R.I.

19) Upon information and belief P.A Luking was made aware of Leszeks' diagnosis but failed to submit any request for Leszek to receive further farther testing.

20) Leszek was later seen by Dr. Will-iams.

21) Upon information and belief Leszek complained to Dr. Williams that the pain medication wasn't helping. He wasn't able to get a whole nights sleep. He was/is unable to write or properly clean

(5)

him self.

22) Upon information and belief Dr. Williams only increased Leszek medication, and refused to submit Leszek for any farther testing.

## Jurisdiction & Venue

23) This court has subjected matter jurisdiction over this lawsuit pursuant to 28 U.S.C §1331 because it arises under the Eighth Amendment to the Constitution and 42 U.S.C 1983. This Court has subject matter jurisdiction over this lawsuit pursuant to 28 U.S.C 1343 (A)(3) because it is being brought to redress the deprivation under color of State law, of a right Secured by the Eighth Amendment of the Constitution.

24  Venue is proper in this Court pursuant to 28 U.S.C 1391 (B) (2) be- caused a substantial part of the events giving rise to the claims occurred in this judicial district.

# COUNT I
## Against Wexford Health Sources INC

25) Leszek re-alleges paragraphs 1-24.

26) Leszek has a right under the Eighth Amendment to be free from Cruel and Unusual punishment while incarcerated at Lawrence.

27) Wexfords' practice of refusing to send inmates to outside hospitals deprives Leszek of the adequate care under his civil rights.

28) At all times relevant, Wexford was aware of this practice and Leszek basic human needs.

29) Wexford knows or should have known that denying Leszek access to outside testing ~~arbitrarie~~ to cut cost is a violation of Leszek basic human needs.

30) At all times relevant to this action Wexford operated under color of STATE Law.

31) By failing to send Leszek out for addictional testing Wexford's practice was/is an act of deliberate indifference.

32) Leszek has been harmed as an actual and proximate result of Wexfords deliberate indifference to Leszek

Constitutional rights.

        Count II

      (Against Lori Cunningham.)

33) Leszek re-alleges paragraphs 1-24.

34) Leszek has a right under the Eighth Amendment while at Lawrence, to receive adqueate treatment.

35) Leszek was diagnosis with severe bone joint arthritis and his de being refused further testing deprives him of a basic human need.

36) At all times relevant Cunningham was made aware Leszek general needs.

37) Cunningham knew or should have known that Leszeks' severe bone joint arthritis need further treatment than that provided at Lawrence was/is a violation of Leszeks' human basic needs.

38) At all times relevant to this action Cunningham acted under color of State Law.

39) By failing to submit/approve Leszek for outside testing Cunningham acted with deliberate indifference

40) Leszek has been harmed as an actual and proximate result of Cunningham's deliberate indifference to his Constitutional rights

(9)

COUNT III
(Dr. Pittman, Lynn)

41) Leszek re-alleges paragraphs 1-24.

42) Leszek has a right under the Eighth Amendment to receive adqucate Medical treatment while at Lawrence.

43) Leszek was treated by Dr. Pittman and only given pain pills.

44) Dr. Pittman failed to submit a request for outside testing when the pain pills prove to be ineffective for Leszek's pain.

45) At all times relevant Dr. Pittman was made aware of Leszek's general needs.

46) Dr. Pittman knew or should have known that Leszek need to be sent to an outside hospital for further testing. And by not submitting a request violated Leszek's human basic needs.

47) At all times relevant to this action Dr. Pittman acted under color of State Law.

48) By failing to submit Leszek for outside testing Dr. Pittman acted with deliberate indifference.

49) Leszek has been harmed as an actual and proximate result of Dr. Pittman's

(9)

deliberate indifference to his
Constitutional rights

## Count IV
(Against Dr. Williams)

60) Leszek has re-alleges paragraphs 1-24.

61) Leszek has a right under the Eighth
Amendment while at Lawrence to
receive adequate medical treatment.

62) At all times relevant Dr. Williams
was made aware of the pain Leszek
was/is having in his left arm.

63) Dr. Williams knew or should have known
that Leszek not being sent to an outside
hospital for further testing violated
Leszek Constitutional rights to adequate
medical treatment.

64) At all times relevant Dr. Williams
acted under color of state law.

65) Dr. Williams acted with deliberate
indifference to Leszek basic human Need.

66) Leszek has been harmed as an actual and
proximate result of Dr. Williams deliberate
indifference to his Constitutional rights.

10

Count V
(Against P.A. Luking)

67) Leszek re-alleges paragraphs 1-24

68) Leszek has a right under the Eighth
amendment while at Lawrence, to receive
adequate treatment.

69) At all times relevant P.A Luking was
made aware of Leszek pain, and Need for
outside testing.

70) At all times relevant to this action
P.A. Luking was acting under color
of State law.

71) P.A Luking knew or should have known
that Leszek lack of adequate treatment
was a violation of his basic human rights.

72) By failing to submit Leszek for further
testing P.A Luking acted with deliberate
indifference.

73) Leszek has been harmed as an actual and
proximate result of P.A. Luking's
deliberate indifference to his
Constitutional rights.

## COUNT VI
### Against Vicki Walker

74) Leszek re-alleges paragraphs 1-24.

75) Leszek has a right under the Eighth Amendment to be free from cruel and unusual punishment, as well as retilation while incarcerated at Lawrence.

76) Leszek also has a right under the Eighth Amendment to receive adequate treatment.

77) While on his assignment in dietary Leszek complain of pain in his left arm, hand and fingers yent to Walker. Walker refused to help remedy Leszek's pain.

78) At all relevant times Walker was made aware of Leszek pain.

79) At all times relevant to this action Walker acted under color of State Law.

80) Walker knew or should have known that by her not sending Leszek to the HCU violated his basic human rights.

81) By and abusing her authority and writing Leszek a ticket and fireing him in retilation, along with not send Leszek to HCU to get treatment Walker acted with deliberate indifference.

(15)

82)  Leszek has been harmed as an actual
and proximate result of Walkers deliberate
indifference to Leszek basic human rights,
and Constitutional rights

Relief

Plaintiff Leszek prays this Honorable
Court to award him :

a) in award compensatory damages from all
defendants in an amount to be determined
at trial

B)  Award any punative damages this court
deems fair.

C)  Award filing fees, Court cost and
any other fees or additional ref
relief this court deems just.

Plaintiff request a jury trial.

Certification

By signing this complaint, I certify
that the facts stated in this complaint
are true and accurate to the best of
My Knowledge, information provided and beliefs

Respectfully,
Leszek Pawelkowski
X Leszek Pawelkowski

**ILLINOIS DEPARTMENT OF CORRECTIONS**
**Offender's Grievance**

| | | | |
|---|---|---|---|
| 1st Lvl rec  LLG 21 | | GRIEVANCE OFFICE SEP 2 9 | 2nd Lvl rec |

| Date: AUGUST 20 2020 | Offender (please print): LESZEK PAWELKOWSKI | ID #: Y 31510 | Race (optional): White |
|---|---|---|---|

| Present Facility: Lawrence Correctional Center | Facility where grievance issue occurred: Lawrence Correctional Center |
|---|---|

**Nature of grievance:**

- [ ] Personal Property
- [x] Staff Conduct
- [ ] Transfer Denial by Facility
- [ ] Disciplinary Report

- [ ] Mail Handling
- [ ] Dietary
- [ ] Other (specify): _Supv. Mrs. Walker in Dietary_

- [ ] Medical Treatment
- [ ] HIPAA

- [ ] ADA Disability Accommodation
- [ ] Restoration of Sentence Credit

_____ Date of report _____          _____ Facility where issued _____

Note: Protective Custody Denials may be grieved immediately via the local administration on the protective custody status notification

**Complete:** Attach a copy of any pertinent document (such as a Disciplinary Report, Search Record, etc.) and place in the designated locked receptacle marked "grievance":

   Counselor, unless the issue involves discipline, is deemed an emergency, or is subject to review by the Administrative Review Board
   Grievance Officer, only if the issue involves discipline at the present facility or issue not resolved by Counselor
   Chief Administrative Officer, only if EMERGENCY grievance
   Mail to Administrative Review Board, only if the issue involves protective custody, involuntary administration of psychotropic drugs, issues from another facility except medical and personal property issues, or issues not resolved by the Chief Administrative Officer.

**Summary of Grievance** (Provide information including a description of what happened, when and where it happened, and the name or identifying information for each person involved):

I, was hired in the Dietary on, August 11th of 2020, an I had explain to the Supv. Mrs. Walker once before that I was having alot of Pain Stiffness numbness, like muscle spasm, in my hands, finger and elbows Both Hands, and I explain to mrs. Walker, when they put me on the Pots and Pans Detail, I start having Serious Pain in both hands stiffness Muscle spasm in both hands and fingers, that I Need to See the Doctor, will she please put me on another Detail, Now all this took places

[ ] Continued on reverse

**Relief Requested:**

I'd request to be Seen by Doctor, or Neurologist on out-side, my job Beck on the Same Shift or Neither Shift, but paid on Mrs. Walker be Handle responsible for be bias on shou deliver in Different, reimburse for Pain & Suffering

- [x] Check only if this is an EMERGENCY grievance due to a substantial risk of imminent personal injury or other serious or irreparable harm to self.
- [ ] Check if this is NOT an emergency grievance.

| LESZEK PAWELKOWSKI | Y 31510 | AUGUST 20 2020 |
|---|---|---|
| Offender's Signature | ID# | Date |

(Continue on reverse side if necessary)

---

**Counselor's Response (if applicable)**   Date Received: 8/26/20   [ ] Send directly to Grievance Officer

[ ] Outside jurisdiction of the facility. Send to Administrative Review Board, P.O. Box 19277, Springfield, IL 62794-9277

**Response:**

Per verbal conversation with Food Supervisor Mrs Walker. Offender assigned to Dietary need to be able to utilize and have full dexterity of use of both hands to be able to perform all job duties in the Dietary Dept. Offender was taken off Dietary assignment for inability to perform assigned job duty. Offender was scheduled to see NP Lukey on 9/21/20 c nsm. Offender hopefully was Seen for his hand issues. Offender has an active vocs sheet on for Dietary that is valid thing't May of 2021. Offender may be re-assigned by the Placement Officer once hands are diagnosed and treated. Once use of hands are at 100%, offender may re-request placement.

| M. Ervin C/I | M.E. C/I | 9/23/20 |
|---|---|---|
| Print Counselor's Name | Sign Counselor's Name | Date |

Note to offender: If you disagree with the counselor's response, it is your responsibility to forward grievance with counselor's response to grievance officer.

---

**EMERGENCY REVIEW:**   Date Received: 8·21·20

Is this determined to be of an emergency nature?

- [ ] Yes, expedite emergency grievance
- [x] No, an emergency is not substantiated. Offender should submit this grievance according to standard grievance procedure

| DB | 8·25·20 |
|---|---|
| Chief Administrative Officer's Signature | Date |

Distribution: Master File, Offender                Page 1 of 2                DOC 0046 (Rev. 01/2020)

ILLINOIS DEPARTMENT OF CORRECTIONS
Offender's Grievance

A few days ago, So I work first shift in the Dietory, So I arrived
To work Thursday, August 20th of 2020, So when I arrive Mrs.
Walker told me I was going to do the Pots on pans regardless
My health issues, I Explain I will to do any other detail, would
she please put me on fixing the food trays, So told me No, and
if I'y refuse to work I'y fired on Cos go back to the Cell-
House, So I was Sent back, I Never refuse to work, I felt I'y
Being discriminated against, on Certain matters I should have be
Allow to perform another detail, So I'y request to be Seen by a
Dr. at Lawrence Car Center, or Neurological an out-side, So I
Can be Diagnose for My problem I'y Constantly in pain Daily, even
when I'y in My Cell, I felt Mrs. walker was show I have different
Towards me

J.B. Pritzker
Governor



Rob Jeffreys
Acting Director

### The Illinois Department of Corrections

1301 Concordia Court, P.O. Box 19277 • Springfield, IL 62794-9277 • (217) 558-2200 TDD: (800) 526-0844

Offender: ~~Pawelkowski, Leszek~~                        4|2|2021
                                                                              Date

ID#: ~~Y31510~~

Facility: ~~Lawrence~~

This is in response to your grievance received on  1|21|2021 . This office has determined the issue will be addressed without a formal hearing. A review of the Grievance, Grievance Officer/CAO response to the grievance has been conducted. For a grievance that is direct review by the ARB, a review of the Grievance has been conducted.

Your issue regarding: Grievance dated: 8|20|20   Grievance Number: 08-20-257  Griev Loc: Law

☐ Transfer denied by the Facility

☒ Dietary   Mrs. Walker 8|20|20

☐ Personal Property _____

☐ Mailroom/Publications _____

☒ Assignment (job, cell)  Dietary job

☐ Commissary / Trust Fund _____

☐ Conditions (cell conditions, cleaning supplies, etc.) _____

☐ Disciplinary Report: Dated: _____ Incident # _____

☐ Other _____

Based on a review of all available information, this office has determined your grievance to be:

☐ Affirmed, Warden _____ is advised to provide a written response of corrective action to this office by _____

☐ Denied, in accordance with DR504F, this is an administrative decision.

☒ Denied, this office finds the issue was appropriately addressed by the facility Administration.

☒ Other: Follow sick call procedures. Requests for medical treatment do not go on a grievance form.

☐ Denied as the facility is following the procedures outlined in DR525.

☒ Denied as procedures were followed in accordance with DR 420 for removal/denial of an offender from/for an assignment.

☐ Denied as this office finds no violation of the offender's due process in accordance with DR504.80 and DR504.30. This office is reasonably satisfied the offender committed the offense cited in the report.

FOR THE BOARD:   S. Benton                    CONCURRED: ~~Rob Jeffreys adir~~
                        Sherry Benton                                              Rob Jeffreys
                   Administrative Review Board                                    Acting Director

CC: Warden   Law   Correctional Center
Pawelkowski, Leszek  ID# Y31510

*Mission: To serve justice in Illinois and increase public safety by promoting positive change in offender behavior, operating successful reentry programs, and reducing victimization.*

**www.illinois.gov/idoc**

## Grievance Officer's Report

| | | | | |
|---|---|---|---|---|
| Date Received: | 9/29/2020 | Date of Review: | 12/21/2020 | Grievance # (optional): 08-20-257 |

Offender: Pawelkowski, Leszek     ID#: Y31510

Nature of Grievance: Staff conduct

Facts Reviewed: Offender Pawelkowski Y31510 claims he is being discriminated against in his job assignment in the kitchen due to the pain in his hands.

Relief Requested: "I request to be seen by Doctor, or neurological on out-side, my job Back on the same shift or nother shift, back pay or Mrs. Walker be handle responsible for the bias or show deliver indifferent, reinbuse for pain and suffering"

Counselor's Response: Per verbal conversation with Food Supervisor Mrs. Walker Offenders assigned to Dietary need to be able to utilize and have full dexterity of use of both hands to be able to perform all job duties in the Dietary Dept. Offender was taken off Dietary assignment for inability to perform assigned job duty. Offender was scheduled to see NP Luking on 9/21/20 at 10am. Offender hopefully was seen for his hand issues. Offender has an active vote sheet in for Dietary that is valid through May of 2021. Offender may be re-assigned by the Placement Officer once hands are diagnosed and treated. Once use of hands are at 100%, Offender may re-request placement.

Recommendation: Based upon a total review of all available information, this Grievance Officer recommends that the grievance be denied as job assignments are an administrative decision. Offender should submit a request to the Placement Office for a job assignment.

M. Tate CCII
Print Grievance Officer's Name           Grievance Officer's Signature
(Attach a copy of Offender's Grievance, Including counselor's response if applicable)

## Chief Administrative Officer's Response

Date Received: _____   ☑ I concur   ☐ I do not concur   ☐ Remand

Action Taken:

## Offender's Appeal To The Director

I am appealing the Chief Administrative Officer's decision to the Director. I understand this appeal must, within 30 days after the date of the Chief Administrative Officer's decision, be received by the Administrative Review Board, P.O. Box 19277, Springfield, IL 62794-9277. (Attach a complete copy of the original grievance, including the counselor's response if applicable, and any pertinent documents.)

Offender's Signature          ID#          Date

Distribution  Master File; Offender          Page 1          DOC 0047 (Rev. 3/2019)

## Offender's Grievance

| Date: 5-22-2021 GRIEVANCE | Offender (please print): LESZEK Travel Kanowski | ID #: Y-31510 GRIEVANCE Poten | Race (optional): |
| Present Facility: FICE  Lawrence Corr Center | | Facility where grievance issue OFFICE Lawrence Corr Center | |

**Nature of grievance:**

☐ Personal Property ☐ Mail Handling ☑ Medical Treatment ☐ ADA Disability Accommodation
☐ Staff Conduct ☐ Dietary ☐ HIPAA ☐ Restoration of Sentence Credit
☐ Transfer Denial by Facility ☐ Other (specify): X dont hde Doctered past to see Dr. Williams
☐ Disciplinary Report                    The medical Director Recs Covcurela
                    Date of report     medent     Facility where issued Trectuvu

Note: Protective Custody Denials may be grieved immediately via the local administration on the protective custody status notification.

Complete: Attach a copy of any pertinent document (such as a Disciplinary Report, Search Record, etc.) and place in the designated locked receptacle marked "grievance":

Counselor, unless the issue involves discipline, is deemed an emergency, or is subject to review by the Administrative Review Board
Grievance Officer, only if the issue involves discipline at the present facility or issue not resolved by Counselor
Chief Administrative Officer, only if EMERGENCY grievance
Mail to Administrative Review Board, only if the issue involves protective custody, involuntary administration of psychotropic drugs, issues from another facility except medical and personal property issues, or issues not resolved by the Chief Administrative Officer.

Summary of Grievance (Provide information including a description of what happened, when and where it happened, and the name or identifying information for each person involved):

I'q a Inmate here at the Lawrence Corr. Center, I have write mrny of Grievance Concerns my many health Concerns the Medial staff here, Turn Whih Oye my Jfly my Many Pain & deal with daily, my harde Chest Pain, Ear Pain, & hed a hust for 5-20-2021 at 1:00 Pm which was Conceul Again I Come to See that, the New Dr. William or Not Concern about my well being, I was suppse to see Nurse P.R. Mrs Lurking Pora 30 day follow up, which Never took place, an the Chest Pain, Hade Pain, as with the ☐ Continued on reverse

**Relief Requested:**

I'q Please request to be Seen by Bone Dr. Nrnowinve, an out side, my Hud chest Pain, for getting wprser, so I Ned to been Seen on out side Kor all Three

☐ Check only if this is an EMERGENCY grievance due to a substantial risk of imminent personal injury or other serious or irreparable harm to self.

☐ Check if this is NOT an emergency grievance.

_Tony M. Travel Kanowski_     Y-31510     5-22-2021
Offender's Signature        ID#            Date

(Continue on reverse side if necessary)

Counselor's Response (if applicable)   Date Received: _____   ☐ Send directly to Grievance Officer

☐ Outside jurisdiction of this facility. Send to: Administrative Review Board, PO Box 19277, Springfield, IL 62794-9277

Response:

_____

_____

_____

_____

_____

Print Counselor's Name        Sign Counselor's Name        Date

Note to offender: If you disagree with the counselor's response, it is your responsibility to forward grievance with counselor's response to the grievance officer.

EMERGENCY REVIEW:   Date Received: 5-2-21

Is this determined to be of an emergency nature?
☑ Yes, expedite emergency grievance
☐ No, an emergency is not substantiated. Offender should submit this grievance according to standard grievance procedure

_____        5-2-21
Chief Administrative Officer's Signature        Date

ILLINOIS DEPARTMENT OF CORRECTIONS

**Offender's Grievance**

Ear aches Continue, Dee Dee Breakhart on Asst Warden Jeanie or Watt
Hold the medical staff accountable for there Action Under rule 504,
& medical that why people or Q.O. in this particuly prison, for Not reserves
the right medical, on grievance Secy to go no where these days I'y
A township of Lawrence or I please ask to be seen by out side doctor & might
Have to go to war office about my health, Issues, since my Cry fail on deof -
Ears, The D.o.N. Need to get more invole.

J.B. Pritzker
Governor



Rob Jeffreys
Acting Director

## The Illinois Department of Corrections

1301 Concordia Court. P.O. Box 19277 • Springfield, IL 62794-9277 • (217) 558-2200 TDD: (800) 526-0844

*Pawelkowski, Leazek*

**ID#:** *Y31510*

**Facility:** *Lawrence*

Date *6/23/21*

This is in response to your grievance received on *6/16/21*. This office has determined the issue will be addressed without a formal hearing. A review of the Grievance, Grievance Officer/CAO response to the grievance has been conducted. For a grievance that is direct review by the ARB, a review of the Grievance has been conducted.

**Your Issue regarding: Grievance dated:** *5/22/21* **Grievance Number:** *05-21-24C* **Griev Loc:** *Lawrence*

☐ Transfer denied by the Facility

☐ Dietary

☐ Personal Property

☐ Mailroom/Publications

☐ Assignment (job, cell)

☐ Commissary / Trust Fund

☐ Conditions (cell conditions, cleaning supplies, etc.)

☐ Disciplinary Report: Dated: _____ Incident # _____

☒ Other *Medical- follow-up for chest, hand pain, earache*

**Based on a review of all available information, this office has determined your grievance to be:**

☐ Affirmed, Warden _____ is advised to provide a written response of corrective action to this office by _____

☐ Denied, in accordance with DR504F, this is an administrative decision.

☐ Denied, this office finds the issue was appropriately addressed by the facility Administration.

☐ Other: *Moot, seen by NP 5/24/21.*

☐ Denied as the facility is following the procedures outlined in DR525.

☐ Denied as procedures were followed in accordance with DR 420 for removal/denial of an offender from/for an assignment.

☐ Denied as this office finds no violation of the offender's due process in accordance with DR504.80 and DR504.30. This office is reasonably satisfied the offender committed the offense cited in the report.

**FOR THE BOARD:** *Debbie Knauer*
Administrative Review Board

**CONCURRED:** *Rob Jeffreys edw*
Rob Jeffreys
Acting Director

CC: Warden, *Lawrence* Correctional Center
*Pawelkowski* , ID# *Y31510*

*Mission: To serve justice in Illinois and increase public safety by promoting positive change in offender behavior, operating successful reentry programs, and reducing victimization.*

www.illinois.gov/idoc

Case 3:21-cv-00882-SMY  Document 28  Filed 12/09/21  Page 30 of 41  Page ID #105
Case 3:21-cv-00882-SMY  Document ILLINOIS DEPARTMENT OF CORRECTIONS Page 16 of 28  Page ID #16
RESPONSE TO OFFENDER'S GRIEVANCE

| Grievance Officer's Report | | | |
|---|---|---|---|
| **Date Received:** 05/26/2021 | **Date of Review:** 06/03/2021 | | **Grievance #** (optional): 05-21-240 |
| **Offender:** PAWELKOWSKI, LESZEK | | **ID#:** | Y31510 |

**Nature of Grievance:** Medical Treatment

**Facts Reviewed:** Offender Pawelkowski Y31510 wrote grievance on 5/22/2021 concerning incident date of 5/20/2021 and was received by the Grievance Officer on 5/26/2021. Grievance was deemed emergency by the CAO on 5/25/2021. Offender claims that the HCU at Lawrence C.C. provide adequate treatment. Offender claims that they had a 05/20/2021 call pass cancelled and not rescheduled. Offender claims that they were to have a 30-day follow-up with the NP that never happened.

**Relief Requested:** "I please request to be seen by 'unable to read' on out side my hand, chest pain, ear getting worse, so I need to be seen an out side for all three."

**HCUA response:** " Review medical documentation. I/M continues to be seen and treated by providers at Lawrence CC HCU." Medical documentation provided by HCU indicates that the offender was seen by a medical professional: 2/18/2021 I/M seen by MD – assessment: costo chondritis, chest wall pain, increased blood pressure; 3/15/2021 ear pain on NP line – assessment: fungal ear infection, serous otitis; 5/24/2021 NP line – assessment: chronic left ear pain, chronic pain."

**Recommendation:** Based upon a total review of all available information, this Grievance Officer recommends that the grievance be MOOT, grievant seen by the NP on 05/24/2021 .

J. Garrett, CCII
_____
Print Grievance Officer's Name
(Attach a copy of Offender's Grievance, including counselor's response if applicable)

| Chief Administrative Officer's Response | | |
|---|---|---|
| **Date Received:** 6/7/21 | ☒ I concur  ☐ I do not concur | ☐ Remand |

**Action Taken:**

Chief Administrative Officer's Signature            6/7/21

| Offender's Appeal To The Director |
|---|

I am appealing the Chief Administrative Officer's decision to the Director. I understand this appeal must, within 30 days after the date of the Chief Administrative Officer's decision, be received by the Administrative Review Board, P.O. Box 19277, Springfield, IL 62794-9277. (Attach a complete copy of the original grievance, including the counselor's response if applicable, and any pertinent documents.)

_____    _____    _____
Offender's Signature         ID#         Date

Case 3:21-cv-00882-SMY Document 1 Filed 08/03/21 Page 19 of 28 Page ID #19

Assigned to Institution _LAWRENCE CC_    3-21-081    Housing Unit _5-3_ Bed # _L-19_

1st Lvl rec. _MAY 12 2021_

**RECEIVED**
**LAWRENCE C.C.**

**ILLINOIS DEPARTMENT OF CORRECTIONS**
**Offender's Grievance**

| Date: _5-GRIEVANCE OFFICE_ | Offender (please print): _Leszek Powelkowski_ | ID #: _Y-31510_ | Race (optional): _White_ |
|---|---|---|---|

**MAY 13 2021**
**GRIEVANCE OFFICE**

| Present Facility: _Lawrence Corr. Center_ | Facility where grievance issue occurred: _Lawrence Corr. Center_ |
|---|---|

**Nature of grievance:**

- [ ] Personal Property
- [ ] Staff Conduct
- [ ] Transfer Denial by Facility
- [ ] Disciplinary Report
- [ ] Mail Handling
- [ ] Dietary
- [x] Other (specify): _Medecine is Not Work on hand. Arthritis_
- [x] Medical Treatment
- [ ] HIPAA
- [ ] ADA Disability Accommodation
- [ ] Restoration of Sentence Credit

Date of report _____ Facility where issued _____

**Note:** Protective Custody Denials may be grieved immediately via the local administration on the protective custody status notification.

**Complete:** Attach a copy of any pertinent document (such as a Disciplinary Report, Search Record, etc.) and place in the designated locked receptacle marked "grievance."

Counselor, unless the issue involves discipline, is deemed an emergency, or is subject to review by the Administrative Review Board

Grievance Officer, only if the issue involves discipline at the present facility or issue not resolved by Counselor

Chief Administrative Officer, only if EMERGENCY grievance

Mail to Administrative Review Board, only if the issue involves protective custody, involuntary administration of psychotropic drugs, issues from another facility except medical and personal property issues, or issues not resolved by the Chief Administrative Officer.

**Summary of Grievance** (Provide information including a description of what happened, when and where it happened, and the name or identifying information for each person involved):

_I'm my still having serious problem with hands exspecially the left hand severe Arthritis has basically took over the joint in my hands which is very unComfortable on very painful. I've been taking some pain medcines the Nurse P.A. gives out but on it not working I take Aleve twice a day it gives me not to be sent out to see specialist on out-side I've done went along with y'all process it not working & Can't even straight my fingers at time, & need to be seen by Orthopedic Surgery on out side to_

- [ ] Continued on reverse

**Relief Requested:**

_I request M.R.I or PT fear on to be seen by out-side Doctors. fingers health issues or be seen by out-side orthopedic. Because Health (arthritis is worsen) to be seen by out-side head specialist. I am waiting time to recover & those treated._

- [ ] Check only if this is an EMERGENCY grievance due to a substantial risk of imminent personal injury or other serious or irreparable harm to self.

- [x] Check if this is NOT an emergency grievance.

_Leszek Powelkowski_ Offender's Signature    ID# _Y-31510_    Date _5-10-2021_

(Continue on reverse side if necessary)

**Counselor's Response (if applicable)** Date Received: _____ [x] Send directly to Grievance Officer

**RECEIVED**

- [ ] Outside jurisdiction of this facility. Send to: Administrative Review Board, PO Box 19277, Springfield, IL 62794-9277

Response:

**JUN 10 2021**

**ADMINISTRATIVE REVIEW BOARD**

| Print Counselor's Name | Sign Counselor's Name | Date |
|---|---|---|

**Note to offender:** If you disagree with the counselor's response, it is your responsibility to forward grievance with counselor's response to the grievance officer.

**EMERGENCY REVIEW:** Date Received: _5/2/21_

Is this determined to be of an emergency nature:

- [x] Yes, expedite emergency grievance
- [ ] No, an emergency is not substantiated. Offender should submit this grievance according to standard grievance procedure

_[signature]_ Chief Administrative Officer's Signature    _5/2/21_ Date

Case 3:21-cv-00882-SMY Document 1 Filed 08/03/21 Page 19 of 28 Page ID #19

Assigned Grievance #/Institution _____    Housing Unit _J-C_    Bed # _L-11_

1st Lvl rec. _____

## ILLINOIS DEPARTMENT OF CORRECTIONS
## Offender's Grievance

2nd Lvl rec. _____

Diagnosis. Me So I Can start the review, because of the series of pain or muscle spasm, stiffness in the joint, this probably has been going on for some time, I was working in the kitchen it effect my work perhaps, that why I was removed from my job in the kitchen it's very discomfort, I would like to have MRI on bone CT Scan, bone density test, Neurological test, My lifestyle has change I can't exercises because of My constant Nervous System the bowls or bed I've been going through this pain in suffering because while I am medical staff refer to so on etc and can give me the proper medical treatment

Issue. 2 why am having series of pain in bladder in left ear, I can't even hear out of it

ILLINOIS DEPARTMENT OF CORRECTIONS

**Administrative Review Board**
**Return of Grievance or Correspondence**

Offender: _Pawelkowski_                    _Leszek_                         MI ___   ID# _Y31510_
          Last Name                     First Name

Facility: _____ _Lawrence_ _____

☐ Grievance: Facility Grievance # (if applicable) _05-21-089_ Dated: _5/24/21_   or ☐ Correspondence: Dated: _____
Received: _6/10/21_   Regarding: _arthritis in hands & ear issue_
        Date

---

The attached grievance or correspondence is being returned for the following reasons:

**Additional information required:**
- ☐ Provide your original written Offender's Grievance, DOC 0046, including the counselor's response, if applicable.
- ☐ Provide a copy of the Response to Offender's Grievance, DOC 0047, including the Grievance Officer's and Chief Administrative Officer's response, to appeal; if timely.
- ☐ Provide dates when incidents occurred.
- ☐ Unable to determine nature of grievance or correspondence; submit additional specific information. Please return the attached grievance or correspondence with the additional information requested to: Administrative Review Board, Office of Inmate Issues, 1301 Concordia Court, Springfield, IL 62794-9277

**Misdirected:** _healthcare_
- ☑ Contact ~~your correctional counselor or Field Services~~ regarding this issue.
- ☐ Request restoration of Statutory Sentence Credits to Adjustment Committee. If the request is denied by the facility, utilize the offender grievance process outlined in Department Rule 504 for further consideration.
- ☐ Contact the Record Office with your request or to provide additional information.
- ☐ Personal property and medical issues are to be reviewed at your current facility prior to review by the Administrative Review Board.
- ☐ Address concerns in a letter to: Illinois Prisoner Review Board, 319 E. Madison St., Suite A, Springfield, IL 62706

**No further redress:**
- ☐ Award of Earned Discretionary Sentence Credit is a discretionary administrative decision; therefore, this issue will not be addressed further.
- ☐ Administrative transfer denials are discretionary administrative decisions; therefore, this issue will not be addressed further.
- ☐ Not submitted in the timeframe outlined in Department Rule 504; therefore, this issue will not be addressed further.
- ☐ Administrative Review Board received the appeal 30 days past date of Chief Administrative Officer's decision; therefore, this issue will not be addressed further.
- ☐ This office previously addressed this issue on _____
                                Date
- ☐ No justification provided for additional consideration.

---

**Other** (specify): _Grievance fails to meet DR504.810 as offender is_
_requesting to been seen by a specialist. Offender fails to_
_to any dates he has been seeing healthcare_

Completed by: _Debbie Knauer_           _Debbie Knauer_           _6/17/21_
              Print Name                         Signature              Date

---

Distribution:   Offender                             *Printed on Recycled Paper*                        DOC 0070 (Rev. 3/2016)
              Inmate Issues

ILLINOIS DEPARTMENT OF CORRECTIONS

**RESPONSE TO OFFENDER'S GRIEVANCE**

| Grievance Officer's Report | | |
|---|---|---|
| Date Received: 05/13/21 | Date of Review: 05/18/21 | Grievance # (optional): 05-21-089 |

Offender: Pawelkowski, Leszek     ID#: ~~Y37510~~   Y31510

Nature of Grievance: Medical Treatment

**Facts Reviewed:** Offender Pawelkowski, Y21510 wrote grievance dated 5/10/21. Offender states that he is having serious issues with his hands, especially the left. States that arthritis has taken over and is very painful. States that the medication he was put on by NP Stover is not working and that he needs to be sent out to see a specialist. Offender states that he can't even straighten his fingers out. States he was removed from his dietary job due to these issues. Offender states his 2nd issue is his ears. States that he is having serious pain and bleeding in his left ear and that he cannot hear out of it.

**Relief Requested:** "I request M.R.I. or PT Scan an to be seen by out-side doctors concern health issues an be seen by out-side orthopedic, because health continues to worsen, to be seen by out-side_____ specialist. I ask Wexford I.N.C. to recommend these treatment."

Per 5/17/21 written response from HCUA Cunningham: Review medical chart documentation:

May 13, 2021 – NP Note: Request slip received – I/m having continued trouble with ear and reported that the meds were not helpful and needed to be seen – assessment complaint of ear pain. – Schedule to be seen by NP Stover @ next available for continued ear problems.

May 17, 2021 – Request sent for date of scheduled NP appt.

Per 05/18/21 follow-up with D.O.N.: Per chart review, no documentation found where offender has requested anything for his hands. There are several notations for ear pain and he is currently being treated for that. Offender will need to sign up for NSC to have the arthritis addressed and it is at the physicians discretion as to what offsite referrals are requested.

**Recommendation:** Based upon a total review of all available information, this Grievance Officer recommends that the grievance be **moot**. Offender is being treated for ear issues. No documentation found regarding hand / arthritis complaint. Offender should follow NSC procedure to address concern.

A. McCaslin, CCII    _A. McCaslin, CCII_
Print Grievance Officer's Name    Grievance Officer's Signature

(Attach a copy of Offender's Grievance, including counselor's response if applicable)

| Chief Administrative Officer's Response | |
|---|---|
| Date Received: 5-24-21 | ☑ I concur   ☐ I do not concur   ☐ Remand |

Action Taken:

RECEIVED JUN 1 0 2021 ADMINISTRATIVE REVIEW BOARD

Chief Administrative Officer's Signature    Date 5-24-21

| Offender's Appeal To The Director | |
|---|---|

I am appealing the Chief Administrative Officer's decision to the Director. I understand this appeal must, within 30 days after the date of the Chief Administrative Officer's decision, be received by the Administrative Review Board, P.O. Box 19277, Springfield, IL 62794-9277. (Attach a complete copy of the original grievance, including the counselor's response if applicable, and any pertinent documents.)

Offender's Signature    ID#    Date

RECEIVE
~~Assigned Grievance~~ ~~VALENCE~~

LAWRENCE CC

1st Level: ____ OCT 16 2020 ____ OCT 2 6 2020 ____ Housing Unit ____ 3__ ____ Bed # __18__

**ILLINOIS DEPARTMENT OF CORRECTIONS**
Offender's Grievance

| | | | |
|---|---|---|---|
| Date: SRIEVI | Offender (please print): | ID #: | 2nd Level: |
| ~~OCTOBER~~ BRADLESZCH TAWELKONKKI | | OFFICE | Race (optional): White |
| Present Facility: Lawrence Correctional Center | | Y31510 | |
| | | Facility where grievance issue occurred: Lawrence Correctional Center | |

Nature of grievance:

☐ Personal Property ☐ Mail Handling ☒ ~~Medical Treatment~~ ☐ ADA Disability Accommodation
☐ Staff Conduct ☐ Dietary ☐ HIPAA ☐ Restoration of Sentence Credit
☐ Transfer Denial by Facility ☐ Other (specify) _Medical Treatment, and Dr. Job_
☐ Disciplinary Report

Date of report ____ Facility where issued

Note: Protective Custody Denials may be grieved immediately via the local administration on the protective custody status notification.

Complete: Attach a copy of any pertinent document (such as a Disciplinary Report, Search Record, etc.) and place in the designated locked receptacle marked "grievance":

Counselor, unless the issue involves discipline, is deemed an emergency, or is subject to direct review by the Administrative Review Board.
Grievance Officer, only if the issue involves discipline at the present facility or issue not resolved by Counselor.
Chief Administrative Officer, only if EMERGENCY grievance.
Mail to Administrative Review Board, only if the issue involves protective custody, involuntary administration of psychotropic drugs, issues from another facility except medical and personal property issues, or issues not resolved by the Chief Administrative Officer.

Summary of Grievance (Provide information including a description of what happened, when and where it happened, and the name or identifying information for each person involved):

_I've been request to see doctor, Cancelor Serious health issues, Dealing with the Pain or Cramping of hands, Fingers, arms, Shoulder, like a Burning Serious of Muscle Spasm Numbness, Pain, Still has there something Serious going it keep me from perform or Id duty, Try trying to See Doctor & to God recommend, what Need to do Did it won't affect My Id Duty, Because I'm trying to work in the Dietary, or Some where Else, but I would Rather the Dietary, but Not on First shift X ha?o_

☐ Continued on reverse

Relief Requested:

_Request to See Doctor So we Can Figure what to do with health issue so I've got a job._

☐ Check only if this is an EMERGENCY grievance due to a substantial risk of imminent personal injury or other serious or irreparable harm to self.

☐ Check if this is NOT an emergency grievance

_George Pawelkowski_ ____ Y31510 ____ 18-12-20
Offender's Signature ____ ID# ____ Date

(Continue on reverse side if necessary)

**Counselor's Response** (if applicable) ____ Date Received: _10/19/20_ ____ ☐ Send directly to Grievance Officer

☐ Outside jurisdiction of this facility. Send to Administrative Review Board, PC Box 19277, Springfield, IL 62794-9277

Response:

_Per written response from LHN CC HCU. Review of medical chart documentation offender has been seen and medically treated by licensed Illinois provider within the community standards of care. Offender last seen 10/1/20 and his medical issues were addressed._

_M EM ____ CCII_ ____ _ME ____ CCII_ ____ _10/22/20_
Print Counselor's Name ____ Sign Counselor's Name ____ Date

Note to offender: If you disagree with the counselor's response, it is your responsibility to forward grievance with counselor's response to the grievance officer.

**EMERGENCY REVIEW:** ____ Date Received: ____

Is this determined to be of an emergency nature?

☐ Yes, expedite emergency grievance
☐ No, an emergency is not substantiated. Offender should submit this grievance according to standard grievance procedure.

____ Chief Administrative Officer's Signature ____ Date

Case 3:21-cv-00882-SMY  Document 1  Filed 08/03/21  Page 23 of 28  Page ID #23

Assigned Grievance Officer (date)

Chairperson (date) _____ 5 → 2 _____   Bed # _18_

1st (white)

### ILLINOIS DEPARTMENT OF CORRECTIONS
### Offender's Grievance

2nd (white)

Disciplinary report write up on me by was cooking but the adjustment committee expunge the ticket, I Now job so I didn't grow ok in Cell to write in, I was told I can't have a job until I see doctor about this conditions I have health Dr's its been over three months, or shorter, when the Nurse told I would see doctor this matter is Urgent.

ILLINOIS DEPARTMENT OF CORRECTIONS

**Administrative Review Board**
**Return of Grievance or Correspondence**

Offender: _Pawelkowski_ _Leszek_ _____ _Y31510_
          Last Name          First Name      MI      ID#

Facility: _Law_

☒ Grievance: Facility Grievance # (if applicable) _10-20-176_ Dated: _10/12/20_ or ☐ Correspondence: Dated: _____
Received: _2/1/21_ Regarding: _health issues) preventing_
         Date                                    _job_

The attached grievance or correspondence is being returned for the following reasons:

---

**Additional information required:**

☐ Provide your original written Offender's Grievance, DOC 0046, including the counselor's response, if applicable.

☐ Provide a copy of the Response to Offender's Grievance, DOC 0047, including the Grievance Officer's and Chief Administrative Officer's response, to appeal; if timely.

☒ ~~Provide dates when incidents occurred.~~ _no_  _See DR 504.810._

☐ Unable to determine nature of grievance or correspondence; submit additional specific information. Please return the attached grievance or correspondence with the additional information requested to: Administrative Review Board, Office of Inmate Issues, 1301 Concordia Court, Springfield, IL 62794-9277

---

**Misdirected:**

☐ Contact your correctional counselor or Field Services regarding this issue.

☐ Request restoration of Statutory Sentence Credits to Adjustment Committee. If the request is denied by the facility, utilize the offender grievance process outlined in Department Rule 504 for further consideration.

☐ Contact the Record Office with your request or to provide additional information.

☐ Personal property and medical issues are to be reviewed at your current facility prior to review by the Administrative Review Board.

☐ Address concerns in a letter to:  Illinois Prisoner Review Board, 319 E. Madison St., Suite A, Springfield, IL  62706

---

**No further redress:**

☐ Award of Earned Discretionary Sentence Credit is a discretionary administrative decision; therefore, this issue will not be addressed further.

☐ Administrative transfer denials are discretionary administrative decisions; therefore, this issue will not be addressed further.

☐ Not submitted in the timeframe outlined in Department Rule 504; therefore, this issue will not be addressed further.

☐ Administrative Review Board received the appeal 30 days past date of Chief Administrative Officer's decision; therefore, this issue will not be addressed further.

☐ This office previously addressed this issue on _____
                                                Date

☐ No justification provided for additional consideration.

---

**Other** (specify): _no review_
_____
_____

---

Completed by: _Sherry Benton_ _____  _S. Benton_  _2/9/21_
              Print Name                Signature      Date

---

Distribution: Offender
              Inmate Issues

*Printed on Recycled Paper*

DOC 0070 (Rev. 3/2018)

Case 3:21-cv-00882-SMY   Document 1   Filed 08/03/21   Page 25 of 28   Page ID #25

ILLINOIS DEPARTMENT OF CORRECTIONS

## RESPONSE TO OFFENDER'S GRIEVANCE

### Grievance Officer's Report

| | | | | |
|---|---|---|---|---|
| Date Received: | 10/16/2020 | Date of Review: | 01/11/2021 | Grievance # (optional): | 10-20-176 |

| Offender: | Pawelkowski, Leszek | ID#: | Y31510 |
|---|---|---|---|

Nature of Grievance: Medical Treatment / Job Assignment

**Facts Reviewed:** Offender states that he has been requesting to see the doctor concerning serious health issues and is dealing with the pain or cramping of hands, fingers, arms, shoulders, like he's having muscle spasms and numbness, pain, and stiffness. These issues are keeping him from performing his job duties. He states that he was told he can't have a job until he sees the doctor.

**Relief Requested:** "Request to see Doctor so we can figure what to do with health issues so I can get a job."

**Counselor's Response:** Per written response from LAW CC HCU: Review of medical chart documentation, offender has been seen and medically treated by licensed Illinois provider within the community standards of care. Offender last seen 10/1/20 and his medical issues are addressed.

Per 01/11/21 review of O360 call pass history, offender has had medical appointments scheduled on the following dates: 11/17/20 NSC, 11/23/20 NP, 12/01/20 & 12/03/20 labs, 12/17/20 NSC, 12/16/20 MD, 12/23/20 NSC, 12/25/20 NSC, 12/29/20 labs, & 01/05/21 MD. Offender is encouraged to continue addressing any medical concerns by forwarding a request to healthcare or at scheduled medical appointments.

Per O360 Assignment history review, offender is not currently waitlisted for any jobs. Offender may forward a request slip to his housing unit counselor to initiate vote sheet review and job consideration.

**Recommendation:** Based upon a total review of all available information, this Grievance Officer recommends that the grievance be **moot**, as per HCUA, medical issues were addressed on 10/01/20. Offender has had multiple medical appointments scheduled since the date of this grievance and is encouraged to continue addressing any medical concerns by forwarding a request to healthcare or at scheduled medical appointments. Offender is not currently waitlisted for any job assignments and may send a request to his housing unit counselor to initiate review.

| A. McCaslin, CCII | |
|---|---|
| Print Grievance Officer's Name | Grievance Officer's Signature |

(Attach a copy of Offender's Grievance, including counselor's response if applicable)

### Chief Administrative Officer's Response

Date Received: _____

Action Taken:

☑ I concur      ☐ I do not concur      ☐ Remand

RECEIVED

FEB 0 1 2021

ADMINISTRATIVE
REVIEW BOARD

| | |
|---|---|
| Chief Administrative Officer's Signature | Date |

### Offender's Appeal To The Director

I am appealing the Chief Administrative Officer's decision to the Director. I understand this appeal must, within 30 days after the date of the Chief Administrative Officer's decision, be received by the Administrative Review Board, P.O. Box 19277, Springfield, IL 62794-9277. (Attach a complete copy of the original grievance, including the counselor's response if applicable, and any pertinent documents.)

| | | |
|---|---|---|
| Offender's Signature | ID# | Date |

Printed on Recycled Paper

ILLINOIS DEPARTMENT OF CORRECTIONS

**Offender Disciplinary Report**

| Type of Report: | | |
|---|---|---|
| ☑ Disciplinary | ☐ Investigative | Facility: _____ |

Date: _____

Offender Name: _____   ID #: _____   SMI ☐ yes ☐ no   Race: _____

Observation Date: _____   Approximate Time: _____ ☐ a.m. ☐ p.m.   Location: _____

**Offense(s): DR 504:** _____

**Observation:** (NOTE: Each offense identified above must be substantiated.)

_____
_____
_____
_____
_____
_____
_____
_____
_____

**Witness(es):** _____

☐ Check if Offender Disciplinary Continuation Page, DOC 0318, is attached to describe additional facts, observations or witnesses

| | | | | ☐ a.m. ☐ p.m. |
|---|---|---|---|---|
| Reporting Employee (Print Name) | Badge # | Signature | Date | Time |

---

**Disciplinary Action:**

**Shift Review:** ☐ Temporary Confinement   ☐ Investigative Status   Reasons: _____

| Printed Name and Badge # | Shift Supervisor's Signature (For Transition Centers, Chief Administrative Officer) | Date |
|---|---|---|

**Reviewing Officer's Decision:** ☐ Confinement reviewed by Reviewing Officer   Comment: _____

☐ **Major Infraction,** submitted for Hearing Investigator, if necessary and to Adjustment Committee
☐ **Minor Infraction,** submitted to Program Unit

| Print Reviewing Officer's Name and Badge # | Reviewing Officer's Signature | Date |
|---|---|---|

☐ **Hearing Investigator's Review Required** (Adult Correctional Facility Major Reports Only):

| Print Hearing Investigator's Name and Badge # | Hearing Investigator's Signature | Date |
|---|---|---|

**Procedures Applicable to all Hearings on Investigative and Disciplinary Reports**

You have the right to appear and present a written or oral statement or explanation concerning the charges. You may present relevant physical material such as records or documents.

**Procedures Applicable to Hearings Conducted by the Adjustment Committee on Disciplinary Reports**

You may ask that witnesses be interviewed and, if necessary and relevant, they may be called to testify during your hearing. You may ask that witnesses be questioned along lines you suggest. You must indicate in advance of the hearing the witnesses you wish to have interviewed and specify what they could testify to by filling out the appropriate space on this form, tearing it off, and returning it to the Adjustment Committee. You may have staff assistance if you are unable to prepare a defense. You may request a reasonable extension of time to prepare for your hearing.

☐ Check if offender refused to sign

Offender's Signature _____   ID# _____

Serving Employee (Print Name) _____   Badge # _____   Signature _____

Date Served _____   Time Served _____ ☐ a.m. ☐ p.m.

☐ I hereby agree to waive 24-hour notice of charges prior to the disciplinary hearing.

Offender's Signature _____   ID# _____

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

**(Detach and Return to the Adjustment Committee or Program Unit Prior to the Hearing)**

Date of Disciplinary Report _____   Print offender's name _____   ID# _____

I am requesting that the Adjustment Committee or Program Unit consider calling the following witnesses regarding the Disciplinary Report of the above date:

| Print Name of witness | Witness badge or ID# | Assigned Cell (if applicable) | Title (if applicable) |
|---|---|---|---|

Witness can testify to: _____

| Print Name of witness | Witness badge or ID# | Assigned Cell (if applicable) | Title (if applicable) |
|---|---|---|---|

Witness can testify to: _____

Distribution   Master File
Offender

DOC 0317 (Rev. 03/2020)

STATE OF ILLINOIS - DEPARTMENT OF CORRECTIONS

## PROGRAM COMMITTEE
## FINAL SUMMARY REPORT

| Name: PAWELKOWSKI, LESZEK | IDOC Number: Y31510 | Race: WHI |
|---|---|---|
| Hearing Date/Time: 8/23/2020  10:47 AM | Living Unit: LAW-R3-AL-18 | Orientation Status: N/A |
| Incident Number: 202002347/1 - LAW | Status: Expunged Final | |

| Date | Ticket # | Incident Officer | Location | Time |
|---|---|---|---|---|
| 8/20/2020 | 202002347/1-LAW | WALKER, VICKY J | DIETARY | 06:10 AM |

| Offense | Violation | Final Result |
|---|---|---|
| 313 | Disobeying a Direct Order | |

| Witness Type | Witness ID | Witness Name | Witness Status |
|---|---|---|---|

**No Witness Requested**

## RECORD OF PROCEEDINGS
ODR read.
I/M pled not guilty.
I/M stated "I told them I was sick. I asked to do something different. My left hand is messed up".

## BASIS FOR DECISION
ODR expunged due to charge not substantiated. I/M was not given any direct orders per ODR.

## DISCIPLINARY ACTION *(Consecutive to any priors)*

| RECOMMENDED | FINAL |
|---|---|
| | ---- E X P U N G E D ---- |

Basis for Discipline:

## Signatures
**Hearing Committee**

| MAYBERRY, SHANAE B  - Chair Person | Signature | 08/23/20 | HSP |
|---|---|---|---|
| Recommended Action Approved | | Date | Race |

**Final Comments:** N/A

| DEANNA M BROOKHART / DMB  8/23/2020 | DBrookhart | 08/23/20 |
|---|---|---|
| **Chief Administrative Officer** | Signature | Date |

The committed person has the right to appeal an adverse decision through the grievance procedure established by Department Rule 504· Subpart F.

| | 9/4/20   9pm |
|---|---|
| **Employee Serving Copy to Committed Person** | **When Served - : Date and Time** |

Run Date: 8/26/2020 13:39:15                 Page 1 of 1

Inmate Name  PAWELKOWSKI            Housing Unit R-|R3 AL 18

Inmate Number |Y31510

## INMATE NOTIFICATION OF
## JOB CHANGE

### FROM: ASSIGNMENT OFFICE

Old Job    | UNASSIGNED

New Job    | DIETARY              Hours      |6A-1P

                                   Days Off   |W/T

                                   Start Date |                    8/4/2020

## THIS SHEET IS FOR INFORMATIONAL PURPOSES ONLY.
## YOU WILL STILL BE BOUND BY THE OTS SYSTEM IF ANY
## CONFLICT OCCURS.

Illinois Department of Corrections
**FORM# LAW0019**
**Lawrence Correctional Center**