IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| **LESZEK PAWELKOWSKI, #Y31510,** | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) |
| vs. | ) Case No. 3:21-cv-00882-SMY |
| | ) |
| **VICKI WALKER,** | ) |
| **LYNN PITTMAN,** | ) |
| **DR. WILLIAMS,** | ) |
| **P.A. LUKING,** | ) |
| **WEXFORD HEALTH SOURCES, INC.** | ) |
| **and LORI CUNNINGHAM,** | ) |
| | ) |
| **Defendants.** | ) |

## MEMORANDUM AND ORDER

**YANDLE, District Judge:**

On August 1, 2023, Plaintiff was ordered to provide the Clerk of Court with an address where Defendant Vicki (Vicky) Walker may be served, or any additional information he possesses on Walker's whereabouts, so that service on her might be attempted again (Doc. 63). Plaintiff timely responded, stating that Walker had recently retired from her position at Lawrence Correctional Center and that Plaintiff, as a prisoner, was prohibited from obtaining her current address (Doc. 66). Plaintiff requested the Clerk of Court to seek service information on Walker from the Illinois Department of Corrections.

The Clerk previously made the inquiry Plaintiff requests. As a result, service of summons was attempted at the home address provided by Lawrence for Defendant Walker before the Court issued the Notice of Impending Dismissal (Docs. 62, 63). The U.S. Marshals Service reported that the address provided is incorrect; consequently, their attempts to serve Walker were unsuccessful.

Because service has not been accomplished on Defendant Vicki (Vicky) Walker within the

1

90-day period set forth in Federal Rule of Civil Procedure 4(m),[1] she is **DISMISSED** from this action without prejudice (including Count 3).

    **IT IS SO ORDERED.**

    **DATED:  August 17, 2023**

*s/ Staci M. Yandle*
**STACI M. YANDLE**
**U. S. District Judge**

---

[1] Service was ordered on Walker on April 10, 2023, in the Court's threshold merits Order (Doc. 36).